THREE S CONSULTING,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2012–5104.

United States Court of Appeals,
Federal Circuit.

April 11, 2014.

Rehearing Denied June 11, 2014.

Daniel A. Bellman, Attorney at Law, of Granville, Ohio, argued for plaintiff-appellant.

Steven M. Mager, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Stuart F. Delery, Assistant Attorney General, Bryant G. Snee, Acting Director, and Kirk T. Manhardt, Assistant Director.

**JUDGMENT**

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**